AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

LUCIA GONZALES

)
)
)
)
)
)

*Plaintiff(s)*

v.

THE UNITED STATES OF AMERICA

)
)
)
)
)
)
)
)
)

*Defendant(s)*

Civil Action No.  4:26-cv-524

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE UNITED STATES OF AMERICA
The United States Attorney's Office
ATTN: Civil Process Clerk
1000 Louisiana Street, Suite 2300
Houston, Texas 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lucia Gonzales
c/o Andrew McKinnon
SDTX Fed No. 3472702
1770 St. James Place, Suite 425
Houston, Texas 77056
eserve@mckinnon-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: February 12, 2026

*s/ B W Lacy*
Signature of Clerk or Deputy Clerk

SERVICE RETURN ATTACHED

**ATX Process, LLC
1411 West 6th Street
Austin, TX 78703**

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Texas

Case Number: 4:26-CV-00524

Plaintiff:
**Lucia Gonzales**

vs.

Defendant:
**The United States of America**

For:
McKinnon Law, PLLC
1776 Yorktown Street
Suite 425
Houston, TX 77056

Received by Nicole M. Wade on the 17th day of February, 2026 at 3:36 pm to be served on **The United States of America, Attn: Civil Process Clerk by serving Attorney Nicholas J. Ganjei, United States Attorney for the Southern District of Texas, The United States Attorney's Office, 1000 Louisiana Street, Suite 2300, Houston, Harris County, TX 77002.**

I, Nicole M. Wade, being duly sworn, depose and say that on the **23rd day of February, 2026** at **1:42 pm, I:**

**DELIVERED BY CERTIFIED MAIL** by mailing a true copy of the **Summons in a Civil Action with Plaintiff's Original Complaint** with the date of mailing endorsed thereon by me, to **The United States of America, Attn: Civil Process Clerk by serving Attorney Nicholas J. Ganjei, United States Attorney for the Southern District of Texas**. The mailing was accepted by **Kermet Calvin, see green card attached** at the address of **The United States Attorney's Office, 1000 Louisiana Street, Suite 2300, Houston, Harris County, TX 77002.**

**Additional Information pertaining to this Service:**
2/18/2026  The documents were sent via CMRRR: 9589 0710 5270 0339 1891 83

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred.  The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 25 day of Febmary, 2026 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LIZETTE WILLIAMS
Notary ID #132301052
My Commission Expires
May 6, 2028

_____
**Nicole M. Wade**
PSC-9631, Exp. 4/30/2026

02/25/2026
**Date**

**ATX Process, LLC**
**1411 W. 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Our Job Serial Number: ATX-2026001951
Ref: Lucia Gonzales v USA

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# Case Number: 4:26-CV-00524

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America
c/o The United States Attorney's Office
Attn: Civil Clerk
1000 Louisiana Street, Suite 2300
Houston, TX 77002
Our Job No 1951

9590 9402 7988 2305 9436 51

2. Article Number (Transfer from service label)

9589 0710 5270 0339 1891 83

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kermit Calv_____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name) Kermit Calvin   C. Date of Delivery 2·23·24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ lail
☐ ____ lail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt