**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LUCIA GONZALES,** | § | **Civil Action No.** |
| **Plaintiff,** | § | **4:26-cv-524** |
| | § | |
| | § | |
| **V.** | § | **JUDGE CHARLES ESKRIDGE** |
| | § | |
| **THE UNITED STATES OF** | § | |
| **AMERICA,** | § | |
| **Defendant.** | | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Lucia Gonzales, files this Certificate of Interested Parties, and it states that the following persons, entities, and firms may have a financial interest in the outcome of this litigation:

1. Plaintiff, Lucia Gonzales,
2. Counsel for Plaintiff, Andrew McKinnon of McKinnon Law, PLLC
3. Plaintiff's treating provider, Lyndon B. Johnson Hospital.
4. Plaintiff's treating provider, City of Houston Fire Department EMS.
5. Plaintiff's treating provider, UT Physicians.
6. Plaintiff's treating provider, Manus Health.
7. Plaintiff's treating provider, Memorial MRI and Diagnostic.
8. Plaintiff's treating provider, Cypress Orthopedics.
9. Plaintiff's treating provider, N.W. Surgery Center.

Respectfully submitted,

*Signature on Following Page*

1

**MCKINNON LAW, PLLC**

By:___*/s/Andrew McKinnon*_____
Andrew McKinnon
Texas Bar No. 24102185
SDTX Fed No. 3472702
1770 St. James Place, Suite 425
Houston, TX 77056
Tel. (832) 810-3664
Fax. (346) 202-0199
E-Service: eserve@mckinnon-law.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, Andrew McKinnon, do hereby certify that a true and correct copy of the above and foregoing document has been served through the court's electronic filing system on all counsel of record on March 24, 2025.

*/s/Andrew McKinnon*_____

2