United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| LUCIA GONZALES, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:26-cv-00524 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| UNITED STATES OF | § | |
| AMERICA, | § | |
| Defendant. | § | |

## ORDER

The joint discovery and case management plan has been reviewed. Dkt 16.

The initial conference set for June 3, 2026, is CANCELLED. Dkt 15.

A further status conference may be requested upon reasonable explanation by any party.

SO ORDERED.

Signed on ____June 02, 2026____, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge